UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ALBA M. CUETO,

Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.      Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47

U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and

15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here

and Defendant placed telephone calls into this District.

## PARTIES

3.      Plaintiff, ALBA M. CUETO, is a natural person, and citizen of the

State of Florida, residing in Broward County, Florida.

4.      Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

July 3, 2010 at 12:14 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call David Burell back today at 866-442-0536.  Once again the number is 866-442-0536.  When calling please use reference ID 1W2IUY.  Thank you.  Goodbye.

July 10, 2010 at 9:00 AM – Pre-Recorded Message

This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call David Burell back today at 866-849-2444. Once again the number is 866-849-2444. When calling please use reference ID 1W2IUY. Thank you. Goodbye.

July 15, 2010 at 7:53 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call David Burell back today at 866-849-2444. Once again the number is 866-849-2444. When calling please use reference ID 1W2IUY. Thank you. Goodbye.

July 19, 2010 at 5:54 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call David Burell back today at 866-849-2444. Once again the number is 866-849-2444. When calling please use reference ID 1W2IUY. Thank you. Goodbye.

July 20, 2010 at 6:57 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to David Burrell at 866-442-0536. Again, that's David Burrell at 866-442-0536. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling please refer to your ID code: 1W2IUY. Thank you. Goodbye.

July 28, 2010 at 1:40 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Randall Dunn at 866-442-0536. Again, that's Randall Dunn at 866-442-0536. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.

August 3, 2010 at 4:42 PM – Pre-Recorded Message
NCO Financial Systems, a debt collection company. This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please return the call to Randall Dunn at 866-442-0536. Again that's
Randall Dunn at 866-442-0536. Thank you. NCO Financial Systems is a
debt collection company. This is an attempt to collect a debt and any
information obtained will be used for that purpose. When calling please refer
to your ID code 1W2IUY. Again your ID code is 1W2IUY.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

14.     None of Defendant's telephone calls placed to Plaintiff were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

15.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED
## CALLS TO A CELLULAR TELEPHONE

16.     Plaintiff incorporates Paragraphs 1 through 15.

17.     Defendant engaged in conduct the natural consequence of which is to

harass, oppress, or abuse by using an automatic telephone dialing system or pre-

recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), *Clarke, Kerryjoe N. v Weltman, Weinberg & Reis, Co., et al.,* Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.     Damages;

        b.     Attorney's fees, litigation expenses and costs of suit; and

        c.     Such other or further relief as the Court deems proper.

**COUNT II**
**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT**

18.     Plaintiff incorporates Paragraphs 1 through 15.

19.     Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.     Damages;

        b.     a declaration that Defendant's calls violate the TCPA;

c.      a permanent injunction prohibiting Defendant from placing

non-emergency calls to the cellular telephone of Plaintiff using an

automatic telephone dialing system or pre-recorded or artificial voice;

and

d.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

6